08-22-00016-CV

ACCEPTED
08-22-00016-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 5:45 PM
ELIZABETH G. FLORES
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | |
| **Appellate Case Style:** | |
| **Vs.** | |
| **Companion Case(s):** | |

Amended/Corrected Statement

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 5:45:04 PM
ELIZABETH G. FLORES
Clerk

# DOCKETING STATEMENT (Civil)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| **I. Appellant** | **II. Appellant Attorney(s) - Continued** |
|---|---|
| Person     Organization | ☐ Lead Attorney |
| Name: | Name: |
| Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: |
| Email: | Tel.          Ext.          Fax: |
| **II. Appellant Attorney(s)** | Email: |
| ☐ Lead Attorney | ☐ Lead Attorney |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |
| ☐ Lead Attorney | ☐ Lead Attorney |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
|    Person    Organization<br><br>Name:<br><br>    Pro Se<br><br>***If Pro Se Party, enter the following information:***<br><br>Address:<br><br>City/State/Zip:<br><br>Tel.        Ext.     Fax:<br><br>Email: |    Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.        Ext.     Fax:<br><br>Email: |
| **IV. Appellee Attorney(s)** | |
|    Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.        Ext.     Fax:<br><br>Email: |    Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.        Ext.     Fax:<br><br>Email: |
|    Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.        Ext.     Fax:<br><br>Email: |    Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.        Ext.     Fax:<br><br>Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case):

Date Order or Judgment signed:                          Type of Judgment:

Date Notice of Appeal filed in Trial Court:

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:     Yes     No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):     Yes     No

    If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):     Yes     No

Permissive? (See TRAP 28.3):     Yes     No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):     Yes     No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?     Yes     No

    If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?     Yes     No

Judgment or Order disposes of all parties and issues?     Yes     No

Appeal from final judgment?     Yes     No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?     Yes     No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:     Yes     No     If yes, date filed:

Motion to Modify Judgment:     Yes     No     If yes, date filed:

Request for Findings of Fact and Conclusions of Law:

     Yes     No     If yes, date filed:

Motion to Reinstate:     Yes     No     If yes, date filed:

Motion under TRCP 306a:     Yes     No     If yes, date filed:

Other:     Yes     No

    If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?       Yes       No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?       Yes       No

*If yes, you must also complete and file the Challenge to Constitutionality of*

*a State Statute form.*   If yes, date filed:       Yes       No

Was there any hearing on appellant's ability to afford court costs?

    Hearing Date:       Yes       No

Did trial court sign an order under Texas Rule of Civil Procedure 145?
    Date of Order:

    If yes, trial court finding:       Challenge Sustained       Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

      Yes       No

    If yes, please attach a copy of the petition.

    Date bankruptcy filed:

    Bankruptcy Case Number:

## IX. Trial Court and Record

| | |
|---|---|
| Court: | **Clerk's Record** |
| County: | Trial Court Clerk:       District       County |
| Trial Court Docket No. (Cause No.): | Was Clerk's record requested?       Yes       No |
| |   If yes, date requested: |
| Trial Court Judge (who tried or disposed of the case): |   If no, date it will be requested: |
|   Name: | Were payment arrangements made with clerk? |
|   Address 1: |     Yes       No       Indigent |
|   Address 2: | **(Note: No request required under TRAP 34.5(a),(b).)** |
|   City/State/Zip: | |
|   Tel.              Ext.         Fax: | |
|   Email: | |

## IX.  Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?       Yes       No

Was Reporter's Record requested?       Yes       No

     If yes, date requested:

     If no, date it will be requested:

Was the Reporter's Record electronically recorded?       Yes       No

Were payment arrangements made with the court reporter/court recorder?       Yes       No       Indigent

| Court Reporter     Court Recorder<br>Official     Substitute | Court Reporter     Court Recorder<br>Official     Substitute |
|---|---|
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.     Ext.     Fax: | Tel.     Ext.     Fax: |
| Email: | Email: |

## X.  Supersedeas Bond

Supersedeas bond filed?       Yes       No

    If yes, date filed:

    If no, will file?       Yes       No

## XI.  Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?       Yes       No

    If yes, briefly state the basis for your request:

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court:                                    Docket:

Style:

   Vs.

---

Court:                                    Docket:

Style:

   Vs.

---

Court:                                    Docket:

Style:

   Vs.

---

Court:                                    Docket:

Style:

   Vs.

---

Court:                                    Docket:

Style:

   Vs.

---

Court:                                    Docket:

Style:

   Vs.

## XV. Signature

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
| Printed Name | State Bar No. |
| Electronic Signature (Optional) | Name |

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |

24098457

State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

     (1)  the date and manner of service;

     (2)  the name and address of each person served, and

     (3)  if the person served is a party's attorney, the name of the party represented by the attorney.

| **Please enter the following for each person served:** | |
|---|---|
| Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.　　　　Ext.　　　Fax:<br><br>Email:<br><br>Party: | Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.　　　　Ext.　　　Fax:<br><br>Email:<br><br>Party: |
| Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.　　　　Ext.　　　Fax:<br><br>Email:<br><br>Party: | Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.　　　　Ext.　　　Fax:<br><br>Email:<br><br>Party: |
| Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.　　　　Ext.　　　Fax:<br><br>Email:<br><br>Party: | |

| **Please enter the following for each person served that is not an attorney for a party:** | |
|---|---|
| Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.              Ext.<br><br>Fax:<br><br>Email: | Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.              Ext.<br><br>Fax:<br><br>Email: |
| Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.              Ext.<br><br>Fax:<br><br>Email: | Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.              Ext.<br><br>Fax:<br><br>Email: |
| Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.              Ext.<br><br>Fax:<br><br>Email: | Date Served:<br><br>Manner Served:<br><br>Name:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.              Ext.<br><br>Fax:<br><br>Email: |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Speer on behalf of Andrew Speer
Bar No. 24098457
andrew.speer@waltersgilbreath.com
Envelope ID: 60924269
Status as of 1/19/2022 9:54 AM MST

Associated Case Party: SpencerHarrisonCote

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian D.Walters | | service@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |
| Andrew N.Speer | | andrew.speer@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |
| Elyse Norman | | elyse.norman@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Youca Canales | | ycanales@attorneyrickdavis.com | 1/18/2022 5:45:04 PM | SENT |

Associated Case Party: DawnJanniseCote

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rick Davis | | rdavis@attorneyrickdavis.com | 1/18/2022 5:45:04 PM | SENT |